IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:22 MJ  276 |
| | ) | |
| JENNIFER MOORE | ) | |
| | ) | Court Date: October 3, 2022 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor 7625756)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 18, 2022, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JENNIFER MOORE, did reenter Fort Myer after having been ordered not to reenter.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Corey M. Tisdale
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: corey.tisdale@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2022, a true and correct copy of the Criminal Information was mailed to the defendant.

Jennifer Moore
611 Wocean View Ave APT 2
Norfolk, VA 23503

By:  _____
Corey M. Tisdale
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: corey.tisdale@usdoj.gov